Matter of Soules (2023 NY Slip Op 04094)

Matter of Soules

2023 NY Slip Op 04094 [40 NY3d 937]

July 28, 2023

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, September 27, 2023

[*1]

In the Matter of Mitchell Q. Soules, Jr., a Justice of the Little Falls Town Court, Herkimer County.

Decided July 28, 2023

{**40 NY3d at 937} OPINION OF THE COURT

On the Court's own motion, it is determined that the Honorable Mitchell Q. Soules, Jr., is suspended, with pay, effective immediately, from the office of Justice of the Little Falls Town Court, Herkimer County, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44.
{**40 NY3d at 938}Chief Judge Wilson, and Judges Garcia, Singas, Cannataro, Troutman and Halligan concur. Judge Rivera took no part.